A.E.

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
J*N NOV X 2 2007
NOV 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6229
JUDGE DER-YEGHIAYAN
MAG. JUDGE DENLOW

In the Matter of

Olivia Rux, et. al. v. The Republic of Sudan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Timothy Sceviour**, as personal representative of all named plaintiffs: Jennifer and Noah **Coldfelter**; Sharla, Ethan and Brady **Costelow**; Ronald Wallace and Sandra Annette **Francis**; Sarah Guana **Esquival**; Louge and Mona **Gunn**; James Rodrick **McDaniels** Jr. and Diane **McDaniels**; Jesse Leroy **Nieto**; Jamie and Isabella Marie **Owens**; Capri **Kumar**; Teresa **Smith**; Leroy and Etta **Parlett**; Kate **Brown**; Olivia **Rux**; Rogelio and Simeona **Santiago**; Jacqueline, Isley Gayle and Joycelyn Tiera **Saunders**; Gary G. and Deborah **Swenchonis**; Lorrie D., Andrea and Savannah R. **Triplett**; Thomas and Patricia **Wibberly**.

| NAME (Type or print) |
| --- |
| Jeffrey R. Platt |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jeffrey R Platt |

| FIRM |
| --- |
| Coman & Anderson, P.C. |

| STREET ADDRESS |
| --- |
| 2525 Cabot Drive, Ste. 300 |

| CITY/STATE/ZIP |
| --- |
| Lisle, IL 60532 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06208148 | 630/428-2660 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐