UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Olivia Rux, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 C 6229 |
| v. | ) | |
| | ) | Honorable Judge Der-Yeghiayan |
| The Republic of Sudan | ) | |
| Defendant. | ) | Magistrate Judge Denlow |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS    )
                                    ) SS
COUNTY OF DUPAGE  )

I, Kimberly A. Haskell, being duly sworn under oath, depose and states that I served the following:

1. Two (2) Copies of Garnishment Summons (Non-Wage);
2. Two (2) Copies of Garnishment (Non-Wage) Notice; and
3. Two (2) Copies of Affidavit for (Non-Wage) Summons

upon **JP Morgan Chase Bank, Garnishee,** at 1800 S. Naperville Rd., Wheaton, Illinois 60187 on the 7th day of November, 2007, by personal service upon Candice Estrada at 1:20 p.m.

I further certify that I served a copy of the following:

1. Garnishment Summons (Non-Wage);
2. Garnishment (Non-Wage) Notice; and
3. Affidavit for (Non-Wage) Summons

upon **the Republic of Sudan, Judgment Debtor,** c/o the Embassy of the Republic of Sudan, 2210 Massachusetts Avenue NW, Washington, DC 20008 on this 7th day of November, 2007, by delivering same via First Class Mail and Certified Mail.

FURTHER AFFIANT SAYETH NOT.

_____
Kimberly A. Haskell

Subscribed and sworn to before me on this 7th
day of November, 2007:

_____
Notary Public

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/09