UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Olivia Rux, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6229 |
| v. | ) | |
| | ) | Honorable Judge Der-Yeghiayan |
| The Republic of Sudan | ) | |
| Defendant. | ) | Magistrate Judge Denlow |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF DUPAGE      )

    I, Heather Rogers, being duly sworn under oath, depose and states that I served the following:

    1.    Two (2) Copies of Garnishment Summons (Non-Wage);
    2.    Two (2) Copies of Garnishment (Non-Wage) Notice; and
    3.    Two (2) Copies of Affidavit for (Non-Wage) Summons

upon **Citibank, N.A.**, at 1 Court Square, 7th Floor, Zone 5, Long Island City, NY 11120 on this 27th day of November, 2007, by facsimile and overnight delivery.

    I further certify that I served a copy of the following:

    1.    Garnishment Summons (Non-Wage);
    2.    Garnishment (Non-Wage) Notice; and
    3.    Affidavit for (Non-Wage) Summons

upon **the Republic of Sudan, Judgment Debtor**, c/o the Embassy of the Republic of Sudan, 2210 Massachusetts Avenue NW, Washington, DC 20008 on this 27th day of November, 2007, by delivering same via First Class Mail.

FURTHER AFFIANT SAYETH NOT.

_____
Heather Rogers

Subscribed and sworn to before me on this 27th
day of November, 2007:

_____
Notary Public

[OFFICIAL SEAL — KIMBERLY ANN HASKELL, Notary Public, State of Illinois, My Commission Expires Feb 03, 2011]