UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OLIVIA RUX, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6229 |
| | ) | |
| v. | ) | Honorable Judge Der-Yeghiayan |
| | ) | |
| THE REPUBLIC OF SUDAN | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant/Judgment Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CITIBANK, N.A., | ) | |
| | ) | |
| Garnishee Defendant. | ) | |

**FILED**
NOV 28 2007
11-26-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFADAVIT FOR GARNISHMENT SUMMONS

**JEFFREY R. PLATT**, on oath states:

1. I believe garnishee, Citibank, N.A., is indebted to the judgment debtor, The Republic of Sudan, other than for wages, or has in their possession, custody or control other property belonging to it or in which it has an interest.

2. The last known address of the judgment debtor is The Republic of Sudan, c/o Embassy of the Republic of Sudan, 2210 Massachusetts Avenue NW, Washington, DC 20008.

I request that summons issue directed to garnishee.

Jeffrey R. Platt, ARDC No. 06208148
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
P: (630) 428-2660
F: (630) 428-2549
jplatt@comananderson.com

Signed and sworn to before me on this 21st day of November, 2007

_Heather B. Rogers_
Notary Public

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: Non-Attorneys must also submit a copy of the underlying judgment or a certification by the Clerk of the Court that entered the judgment with this affidavit.

I, the undersigned certify, under penalties as provided by law, to the Court that the following information is true:

1. Judgment in the above captioned case was entered on July 25, 2007.
2. The amount of the Judgment against **The Republic of Sudan** was ................................................. $12,364,927.00
3. Allowable costs previously expended:
   a. Initial filing fee ............................................................................................................. $ 39.00
   b. Original & alias summons ............................................................................................ $ .00
   c. Filing and summons costs of prior supplementary proceedings ................................... $ .00
4. Filing and summons cost for this garnishment ................................................................... $ .00
5. Interest due on Judgment to November 21, 2007 ($1,690.44 per diem thereafter) ........... $ 201,162.36
                                                                **TOTAL**    **$12,566,128.36**

**DEDUCT:** Total amount paid by or on behalf of the judgment debtor
prior to this garnishment ................................................................................................... $ .00

**BALANCE DUE JUDGMENT CREDITOR:** ........................................................................ **$12,566,128.36**

_Jeffrey R. Platt_
Attorney for Judgment Creditor