MHK

Office of the General Counsel    388 Greenwich Street
17th Floor
New York, NY 10013



FILED
DEC 13 2007
12-13-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

December 12, 2007

**Via Overnight Mail**
Jeffrey R. Platt, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532

    Re:     Olivia Rux, et al. v. The Republic Of Sudan
             Case Number: 07 C 6229
             <u>Northern District of Illinois, Eastern Division</u>

Dear Mr. Platt:

      Citibank is in receipt of the Garnishment (Non-Wage) Summons and Notice served in the above matter.

      In response to the Interrogatories to Garnishee/Respondent, to the extent Citigroup, Inc. (of which Citibank, N.A. is a wholly owned subsidiary) holds any property in which the Government of Sudan has an interest, it has been blocked as a result of Executive Order 13067 and the Office of Foreign Assets Control ("OFAC") administered regulations, specifically 31 C.F.R. Part 538, et seq.

      As such, in order for this financial institution to comply with OFAC regulations, Citigroup cannot release, transfer or deliver any blocked property without a license from the Department of the Treasury. Otherwise, Citigroup may be faced with civil and/or criminal penalties.

Please do not hesitate to contact me directly regarding any additional questions.

Very truly yours,

Rebecca J. Nelson
Office of the General Counsel

rebecca.j.nelson@citigroup.com
Tel 212-816-4416
Fax 646-688-1945

cc: Clerk of the Court
U.S.D.C. for the Northern District of Illinois
Eastern Division
Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Republic of Sudan
c/o Embassy of the Republic of Sudan
2210 Massachusetts Avenue NW
Washington, DC 20008