UNITED STATES DISTRICT COURT
NORTERN DISTRICT ILLINOIS

OLIVIA RUX, et. al.,

    Plaintiffs,

v.

THE REPUBLIC OF SUDAN,

    Defendant.

_____/

Case No.: 07 C 6229
(USDC E.D. VA No. 2:04cv428)

## LIS PENDENS

COME NOW, Plaintiffs, Olivia Rux, Jamie Owens, individually as next friend of I.M.O., a minor, Sharla Costelow, individually and as next friend of E.C. and B.C., minors, George Costelow, Dorothy Costelow, Novella Wiggens, individually and as next friend of J.R.M. Jr., a minor, Lorie D. Triplett, individually and as next friend of A.T., a minor, and S.R.T, a minor, Jennifer Clodfelter, individually and as next friend of N.C, a minor, Kenyon Embry, individually and as next friend of C.K, Ronald W. Francis, Sandra Francis, David Francis, James Francis, Jaqueline Saunders, individually and as next friend of I.S. and J.S, minors, Rogelo Santiago, Simeona Santiago, Sarah Guana Esquivel, Jesse Nieto, Thomas Wibberly, Theodis Triplett, Wayne Triplett, Reed Triplett, Savannah Triplett, Kevin Triplett, Freddie Triplett, Gary Swenchonis, Sr., Debroah Swenchonis, Shalala Swenchonis-Wood, Kate Brown, Sean Walsh, Kevin Roy, Lou Gunn, Mona Gunn, Jamal Gunn, Jason Gynn, Anton J. Gunn, Leroy Parlett, Etta Parlett, individually and as next friend of H.P., a minor, Kera Miller, Matthew Parlett, John Clodfelter, Gloria Clodfelter, Joseph Clodfelter, Toni Wibberly, Diane McDaniels, Fredericka

McDaniels-Bess, Teresa Smith,, The Estates of Kenneth Eugene Clodfelter, Richard Costelow, Lakeina Monique Francis, Timothy Lee Gauana, Cherone Louis Gunn, James Roderick McDaniels, Marc Ian Nieto, Ronald Scott Owens, Lakiba Nicole Palmer, Joshua Langdon Parlett, Patrick Howard Roy, Kevin Scott Rux, Ronchester Mananga Santiago, Timothy Lamont Saunders, Gary Graham Swenchonis Jr., Andrew Triplett, and Craig Bryan Wibberly, and give notice to this Honorable Court and to all who read this Notice of Pending Action as follows:

Plaintiffs herein give notice of the claim of a lien pursuant to the provisions of the Justice for Victims of Terrorism (S.1944) as incorporated in the Defense Authorization Act of 2008 (HR 4986) and incorporate herein by reference and attach hereto the following: (1) Plaintiffs Fourth Amended Complaint; (2) Plaintiffs Motion to Re-Open and Enter Judgment; and (3) Appellants Motion for Summary Reversal and would show who read this as follows:

On January 22, 2008, both houses of the Congress passed the Defense Authorization Act of 2008 (HR 4986) which incorporated and included the Justice for Victims of Terrorism Act (S.1944), which legislation was signed into law by the President of United States on January 28, 2008. Said legislation provided that this filing "…shall have the effect of establishing a lien of lis pendens upon any real property or tangible property…" as described in Subsection 1605(g) of said Act. Plaintiffs claim such as lien against the Republic of Sudan in the Districts in which Writs of Execution have previously been served, to wit: Northern District of California; Northern District of Illinois; Western District of North Carolina; and Southern District of New York.

        Respectfully Submitted,

         /s Jeffrey R. Platt
        JEFFREY R. PLATT
        Illinois Bar No.: 06208148
        Coman & Anderson
        2525 Cabot Drive
        Suite 300
        Lisle, Illinois 60532
        (630) 946-1666

| ANDREW C. HALL | JAMES COOPER-HILL |
|---|---|
| Florida Bar # 111480 | Texas Bar # 04789300 |
| 1428 Brickell Avenue, Penthouse | 320 Olympic |
| Miami, FL 33131 | Rockport, Texas 78382 |
| (305) 374-5030 | (361) 729-3923 |
| (305) 374-5033 – Fax | (361) 727-0447 - Fax |

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I, Kimberly A. Haskell hereby certify that a true and correct copy of the foregoing document and exhibits has been served via U.S. Mail, proper postage prepaid, on this 29th day of January 2008, to: Gregory N. Stillman and Carl D. Gray, Hunton & Williams LLP, 500 East Main Street, Suite 1000, Norfolk, Virginia 23510.

KIMBERLY A. HASKELL